# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| Pauline Barbour, | : |
| | : Civil Action No.: 09-cv-00765-CCB |
| | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| NCO Financial Systems, Inc., | : |
| | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff, Pauline Barbour, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 23, 2009

Respectfully submitted,

By /s/ Forrest E. Mays_____

Forrest E. Mays (Bar No. 07510)
2341 N Forrest Drive, Suite 90
Annapolis, MD  21403
Telephone: (410) 267-6297
Facsimile: (410) 267-6234
Email: mayslaw@mac.com